NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000417
17-AUG-2017
11:49 AM

NO. CAAP-16-0000417

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
DUANE KAAPEA KAAIALII, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 15-1-1713)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on June 19, 2017, is hereby corrected as follows:

On page 6, in the first line of the second paragraph, the word "to" should be inserted between "responding" and "the" so that as corrected, the text reads: "In responding to the jury's . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, August 17, 2017.

FOR THE COURT:

Craig H. Nakamura

Chief Judge

---

[1] Nakamura, Chief Judge, and Reifurth and Chan, JJ.